UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re MERIDIAN FUNDS GROUP SECURITIES & EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION | : No. 09-md-2082<br>:<br>: LEAD COUNSEL'S NOTICE OF MOTION<br>: AND MOTION FOR AN AWARD OF<br>: ATTORNEYS' FEES AND EXPENSES |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Robbins Geller Rudman & Dowd LLP, Court-appointed Lead Counsel and counsel for Plaintiff Pension Trust Fund for Operating Engineers, will move this Court on September 7, 2016, at 2:00 p.m., before the Honorable Thomas P. Griesa, for entry of an order, pursuant to Rules 23 and 54 of the Federal Rules of Civil Procedure: (1) awarding attorneys' fees; and (2) paying litigation expenses incurred in prosecuting the litigation. This motion is based on: (i) the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses; (ii) the Declaration of David A. Rosenfeld in Support of Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation and Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses; (iii) the Declaration of Maggie McGill; (iv) the Declarations of Plaintiff's counsel; (v) the Settlement Agreement; and (vi) all other proceedings herein.

1171705_1

A proposed order will be submitted with Lead Counsel's reply submission on or before August 31, 2016.

DATED: August 3, 2016

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART

<u>    s/ Ellen Gusikoff Stewart    </u>
ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN K. GRANT
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
johnkg@rgrdlaw.com

Lead Counsel for Plaintiff

                                  SLEVIN & HART, P.C.
                                  BARRY S. SLEVIN
                                  SHARON GOODMAN
                                  1625 Massachusetts Avenue, NW, Suite 450
                                  Washington, DC  20036
                                  Telephone:  202/797-8700
                                  202/234-8231 (fax)
                                  bslevin@slevinhart.com
                                  sgoodman@slevinhart.com

Additional Counsel for Plaintiff

- 3 -

1171705_1

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2016, I caused the foregoing Lead Counsel's Notice of Motion and Motion for an Award of Attorneys' Fees and Expenses to be served electronically on all ECF participants.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

1171705_1