UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
In re MERIDIAN FUNDS GROUP            : No. 09-md-2082
SECURITIES & EMPLOYEE RETIREMENT      :
INCOME SECURITY ACT (ERISA)           : DECLARATION OF MAGGIE MCGILL
LITIGATION                            : REGARDING NOTICE DISSEMINATION,
                                      : CLAIMS SUBMITTED, AND REQUESTS
---------------------------------------- x FOR EXCLUSION RECEIVED TO DATE

I, MAGGIE MCGILL, declare:

1. I am employed as a Senior Project Manager at Gilardi & Co. LLC ("Gilardi"), located at 3301 Kerner Blvd., San Rafael, California. Pursuant to its April 12, 2016 Order Preliminarily Approving Settlement and Providing for Notice (the "Order"), the Court appointed Gilardi to supervise and administer the notice procedure and processing of claims.

2. I submit this declaration to provide the Court and the parties to the above-captioned litigation (the "Action") with information regarding: (i) mailing of the Notice of Proposed Settlement of Class Action (the "Notice") and the Claim Form, Acknowledgment, Receipt, and Release (the "Claim Form") (collectively, the "Claim Package"), (ii) Report on Claim Forms received to date, and (iii) requests for exclusion from the Class received to date. True and correct copies of the Notice and Claim Form are attached hereto as Exhibits A and B, respectively.

3. I am over 21 years of age and am not a party to this Action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

## MAILING OF THE NOTICE AND CLAIM FORM

4. In accordance with the Order, Gilardi obtained from counsel for Meridian Funds Group Securities & Employee Retirement Income Security Act ("Meridian") a list of putative Class Members who invested in the Meridian Diversified ERISA Fund, Ltd. ("MDEF") between March 24, 2004 through December 11, 2008, directly or indirectly (through an employee benefit plan or an Individual Retirement Account ("IRA")). The list was reviewed to identify and eliminate duplicate entries and incomplete data, resulting in a usable mailing list of 59 unique names and addresses. Gilardi had the unique name and address data printed on to the Claims and posted the Claims for

First-Class Mail prepaid, and delivered 59 Claims on May 3, 2016, to the United States Post Office located in Santa Rosa, California.

5. On May 18, 2016, Gilardi received from Meridian a revised list of putative Class Members and their allowed claim amounts.

6. On May 27, 2016, Gilardi mailed 62 modified Claim Packages reflecting the revised information, together with a cover letter explaining the reason for the revised Claim Packages. Gilardi also received four (4) additional names and addresses of persons or entities that requested copies of the Claim Package, but were not included on the list received from Meridian. Gilardi mailed those requested Claim Packages.

7. As of the date of this declaration, Gilardi has mailed a total of 66 unique Claim Packages.

8. As of the date of this declaration, Gilardi has received a total of 47 Claim Forms.

## TELEPHONE HOTLINE

9. Gilardi established and continues to maintain a toll-free telephone number to accommodate potential Class Member inquiries. This toll-free number, 1-844-861-5484, became operational on May 3, 2016. Gilardi has promptly responded to, and will continue to promptly respond to, all inquiries to the toll-free number.

## REPORT ON EXCLUSION REQUESTS

10. In accordance with the Order and as set forth in the Notice, persons who wish to exclude themselves from the Class are required to do so in writing so that the request is postmarked no later than August 17, 2016. As of the date of this declaration, Gilardi has not received any requests for exclusion.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 2nd day of August, 2016, at San Rafael, California.

_____
MAGGIE MCGILL

CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2016, I caused the foregoing Declaration of Maggie McGill Regarding Notice Dissemination, Claims Submitted, and Requests for Exclusion Received to Date to be served electronically on all ECF participants.

                                                 s/ Ellen Gusikoff Stewart
                                              ELLEN GUSIKOFF STEWART