Exhibit B

**IMPORTANT LEGAL INFORMATION**

**CLAIM FORM, ACKNOWLEDGMENT, RECEIPT, AND RELEASE**
*Meridian ERISA Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
3301 Kerner Blvd.
San Rafael, CA 94901
1-844-861-5484

<<Barcode>>   <<ClaimID>>
<<FirstName>> <<LastName>>
<<Addr1>> <<Addr2>>
<<City>>, <<State>> <<Zip>>

**COMPLETE AND SIGN THIS FORM IF YOU WISH TO RECEIVE YOUR SHARE OF THE FINANCIAL BENEFIT PROVIDED BY THE SETTLEMENT FUND ESTABLISHED BY THE SETTLEMENT AGREEMENT IN THIS CASE**

**You must mail your completed and signed form so that it is postmarked (if mailed to the address above) or received (if submitted electronically at Maggie.McGill@Gilardi.com) NO LATER THAN AUGUST 1, 2016, to receive your share of the benefit provided under the settlement.**

As stated in the Notice, the proceeds of the Net Settlement Fund will be allocated to eligible Class Members. Your share of the Net Settlement Fund will depend on the number of claim forms that eligible Class Members submit, the number of shares you purchased in the Meridian Diversified ERISA Fund, Ltd. ("MDEF") from March 24, 2004 through December 11, 2008, and whether you redeemed any of your shares during that period.

Whether or not you submit this form or receive a settlement payment, all members of the Class who do not exclude themselves from the Class and the settlement, and anyone claiming through them, are deemed to fully release the Released Claims and are forever enjoined from bringing any of the Released Claims against any of the Released Persons. The Released Persons are defined below and generally include each and all of the Defendants and their Related Parties. The Released Claims, also defined below, generally include all claims asserted in this Action, as well as any claims that could have been asserted in any forum by or on behalf of the members of the Class which arise out of or are based on the allegations, transactions, facts, matters or occurrences, or alleged representations or omissions out of which the claims in the Action arose, subject to certain limitations set forth in the settlement and below. Members of the Class will not have the right to sue any of the Released Persons for any such claims if the settlement is approved by the Court in this matter.

**IF YOU WISH TO RECEIVE YOUR SHARE OF THE FINANCIAL BENEFIT PROVIDED BY THE SETTLEMENT, YOU MUST SIGN THIS FORM ON PAGE 4, ACKNOWLEDGING THAT YOU ARE A CLASS MEMBER AND THAT YOU ARE BOUND BY AND SUBJECT TO THE RELEASE PROVIDED IN THE SETTLEMENT AGREEMENT. THIS ACKNOWLEDGEMENT, RECEIPT, AND RELEASE FORM MUST BE SIGNED AND RETURNED, POSTMARKED OR SUBMITTED ELECTRONICALLY NO LATER THAN AUGUST 1, 2016. UNLESS YOU TIMELY SUBMIT A REQUEST FOR EXCLUSION, YOU WILL BE BOUND BY ANY JUDGMENT OR ORDERS THAT ARE ENTERED IN THIS ACTION FOR ALL RELEASED CLAIMS OR CLAIMS THAT WERE OR COULD HAVE BEEN ASSERTED IN THE ACTION, REGARDLESS OF WHETHER YOU SUBMIT THIS ACKNOWLEDGEMENT FORM. SUBMITTING THIS ACKNOWLEDGEMENT FORM WILL NOT ACT TO BAR, WAIVE OR OTHERWISE AFFECT YOUR ABILITY TO OBJECT TO ALL OR ANY PART OF THE SETTLEMENT.**

Definitions[1]

"Released Persons" means each and all of the Defendants, and each and all of their Related Parties.

"Class" means all persons or entities who purchased shares, directly or indirectly, in the Meridian Diversified ERISA Fund, Ltd. ("MDEF") managed by Meridian from March 24, 2004 through December 11, 2008, and who suffered alleged losses as a result of Defendants' actions as alleged in the Complaint. Excluded from the Class are Defendants, members of the immediate family of each of the Individual Defendants, the directors, officers, subsidiaries, and affiliates of Meridian during the Class Period, any person, firm, trust, corporation, officer, director or other individual or entity in which any Defendant has a controlling interest, and the legal

---

[1] These definitions are intended to mirror the definitions of these terms in paragraph 1 of the Settlement Agreement (the "Stipulation" or "Settlement Agreement") dated April 11, 2016. To the extent that there is any discrepancy between the definition of a term provided in this Acknowledgement versus in the Settlement Agreement, the Settlement Agreement shall govern. Capitalized terms used in this Acknowledgement and not defined herein have the meanings assigned to them in the Settlement Agreement.



1

representatives, affiliates, heirs, successors-in-interest or assigns of any such excluded party. Also excluded from the Class are those Persons who timely and validly request exclusion from the Class pursuant to the Notice.

"Released Claims" shall collectively mean all claims (including "Unknown Claims" as defined below), debts, disputes, demands, rights, actions or causes of action, liabilities, damages, losses, obligations, sums of money due, judgments, suits, amounts, matters, issues and charges of any kind whatsoever (including, but not limited to, any claims for interest, attorneys' fees, expert or consulting fees and any other costs, expenses, amounts, or liabilities whatsoever), whether fixed or contingent, accrued or unaccrued, liquidated or unliquidated, at law or in equity, matured or unmatured, foreseen or unforeseen, whether individual or class in nature, that Lead Plaintiff or the Class: (a) alleged in any complaint filed or sought to be filed in the Action; or (b) could have asserted in any form or proceeding that: (i) arise out of or are based upon or are related to, directly or indirectly, the facts, matters, allegations, transactions, events, disclosures, statements, representatives, matters or occurrences, acts or omissions which have been or could have been asserted by any member of the Class in the Action, and (ii) arise out of the purchase of shares of MDEF by Lead Plaintiff or any member of the Class during the Class Period. Released Claims do not include claims to enforce this settlement.

"Unknown Claims" means all claims, demands, rights, liabilities, and causes of action of every nature and description that Lead Plaintiff or any Class Member does not know or suspect to exist in his, her, or its favor at the time of the release of the Released Persons which, if known by him, her, or it, might have affected his, her, or its decision to enter into this settlement and release the Released Persons, or might have affected his, her, or its decision not to object to this settlement. With respect to any and all Released Claims, the Settling Parties stipulate and agree that, upon the Effective Date, Lead Plaintiff shall expressly waive, and each Class Member shall be deemed to have waived, and by operation of the Judgment shall have waived, the provisions, rights, and benefits of California Civil Code §1542, which provides:

> **A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.**

The release of Unknown Claims, as set forth in the Stipulation, was separately bargained for and is a material element of the settlement.

Releases:

Upon the Effective Date, Lead Plaintiff and the Class Members shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever released, relinquished, and discharged, and shall forever be enjoined from initiating, instigating, commencing, maintaining or prosecuting, any and all Released Claims against the Released Persons (including Unknown Claims), whether or not such Lead Plaintiff or Class Member executes and delivers this form.

Upon the Effective Date, each of the Released Persons shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever released, relinquished, and discharged Lead Plaintiff, each and all of the Class Members, and Lead Plaintiff's Counsel from all claims (including Unknown Claims) arising out of, relating to, or in connection with, the institution, prosecution, assertion, settlement, or resolution of the Action or the Released Claims, except for claims to enforce the Stipulation.

Upon the Effective Date, the Released Persons shall obtain bar order protection permanently barring and enjoining the Class Members from initiating, instigating, commencing, maintaining, or prosecuting, any action or proceeding in any court or tribunal that asserts any Released Claim against any Released Person, or assisting any third party in the initiation, instigation, commencement, maintenance, or prosecution of any action or proceeding in any court or tribunal that asserts any Released Claim against any Released Person unless legally required to do so.



2



**Must Be Postmarked No Later Than AUGUST 1, 2016**

# MERIDIAN




UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Claim Form

<<Barcode>>  <<ClaimID>>
<<FirstName>> <<LastName>>
<<Addr1>> <<Addr2>>
<<City>>, <<State>> <<Zip>>

### CLAIM FORM, ACKNOWLEDGMENT, RECEIPT, AND RELEASE

IF YOU WISH TO RECEIVE YOUR SHARE OF THE BENEFIT PROVIDED FOR UNDER THE SETTLEMENT, YOU MUST COMPLETE AND RETURN THIS FORM AND SUBMIT IT ELECTRONICALLY TO MAGGIE.MCGILL@GILARDI.COM NO LATER THAN AUGUST 1, 2016 OR RETURN IT BY MAIL POSTMARKED NO LATER THAN AUGUST 1, 2016 TO THE ADDRESS ABOVE.  <u>UNLESS YOU TIMELY SUBMIT A REQUEST FOR EXCLUSION, YOU WILL BE BOUND BY THIS SETTLEMENT, IF IT IS APPROVED BY THE COURT, REGARDLESS OF WHETHER YOU SUBMIT THIS FORM</u>.  SUBMITTING THIS FORM WILL NOT ACT TO BAR, WAIVE, OR OTHERWISE AFFECT YOUR ABILITY TO OBJECT TO ALL OR ANY PART OF THE SETTLEMENT.

BELOW IS A STATEMENT SHOWING THE AMOUNT OF YOUR ALLOWED CLAIM, EQUAL TO THE VALUE OF YOUR SUPPOSED INDIRECT OWNERSHIP OF MDEF'S PRINCIPAL INVESTMENT IN THE RYE FUND.  YOUR ALLOWED CLAIM HAS BEEN CALCULATED ON A MONTHLY BASIS, BEGINNING ON THE DATE OF MDEF'S INITIAL INVESTMENT IN THE RYE FUND (OCTOBER 1, 2006) OR THE DATE OF YOUR INITIAL INVESTMENT IN MDEF, WHICHEVER IS LATER, AND ENDING ON THE DATE IMMEDIATELY PRIOR TO MDEF'S RECOGNITION, FOR ACCOUNTING PURPOSES, OF THE LOSS OF ITS PRINCIPAL INVESTMENT IN THE RYE FUND.  IF YOU HAVE ANY QUESTIONS ABOUT THIS INFORMATION, OR IF YOU BELIEVE THE INFORMATION ABOUT YOUR OWNERSHIP INTEREST IS INCORRECT, PLEASE CONTACT THE CLAIMS ADMINISTRATOR WITH DOCUMENTATION SUPPORTING YOUR DISPUTE.

**ADDRESS CHANGES (IF ANY):**

Primary Address

Primary Address Continued

City                                                                                                          State            Zip Code

Foreign Province                            Foreign Postal Code                  Foreign Country Name/Abbreviation



3

FOR CLAIMS PROCESSING ONLY   OB [ ] [ ]   CB [ ] [ ]

○ DOC
○ LC
○ REV

○ RED
○ A
○ B

I, _____, on behalf of **[fill in the blank if you are submitting a claim on behalf of an IRA, employee benefit plan or other entity]** _____

("Entity"), hereby acknowledge: (a) if I am submitting this claim on behalf of an Entity, I am authorized to sign this form on behalf of the Entity; (b) that I (or, if I am submitting this claim on behalf of an Entity, the Entity) am/is a member of the Class in the matter of *In re Meridian Funds Group Securities & Employee Retirement Income Security Act (ERISA) Litigation*; and (c) that I (or, if I am submitting this claim on behalf of an Entity, the Entity) am/is bound by and subject to the releases and all other provisions contained in the Settlement Agreement in that action.

Signature: _____    Name and Title of Signer: _____

Entity: _____    Date: _____

**THE AMOUNT OF YOUR ALLOWED CLAIM**                                                                 «AllowedClaim»

## The signed form should be sent to:

Meridian ERISA Litigation
Claims Administrator
c/o Gilardi & Co. LLC
3301 Kerner Blvd.
San Rafael, CA  94901
Maggie.McGill@Gilardi.com



4