# EXHIBIT B

EXHIBIT B

Expenses/Charges - Inception through June 30, 2016

| CATEGORY | | TOTAL |
|---|---|---|
| Filing, Witness and Other Fees | | $ 2,358.39 |
| Class Action Notices/Business Wire | | 1,020.00 |
| Transportation, Hotels & Meals | | 9,061.33 |
| Telephone, Facsimile | | 393.09 |
| Postage | | 22.96 |
| Messenger, Overnight Delivery | | 732.70 |
| Court Hearing and Deposition Reporting, and Transcripts | | 11,153.20 |
| Experts/Investigators | | 21,646.60 |
|     Prudent Expert, LLC | $ 12,656.25 | |
|     Edward L. Frost, Jr. dba South Mountain Research | 8,990.35 | |
| Document Collection and Photocopies | | 30,845.31 |
|     Document Collection and Outside Photocopies | $ 29,470.86 | |
|     In-House B&W (8,833 copies at $0.15 per page) | 1,324.95 | |
|     In-House Color (99 copies at $0.50 per page) | 49.50 | |
| Online Legal and Financial Research | | 6,250.15 |
| Database Management and Hosting | | 48,297.34 |
| Mediation Fees (JAMS, Inc.) | | 9,745.31 |
| *TOTAL* | | *$ 141,526.38* |