# EXHIBIT C

EXHIBIT C

Filing, Witness and Other Fees: $2,358.39

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 04/17/09 | Clerk of the Court | File complaint |
| 04/20/09 | D & D Process Service Inc. | File summons and complaint |
| 06/02/09 | Irma Herron | Copy of complaint |
| 09/03/10 | D & D Process Service Inc. | Drop off night box (S.D.N.Y. Judge Griesa) |
| 12/10/10 | D & D Process Service Inc. | File amended complaint (S.D.N.Y.) |
| 12/14/10 | D & D Process Service Inc. | Issue summons |
| 01/08/11 | Class Action Research & Litigation Support Services Inc. | Personal service – Mark Hurrell; summons in a civil action |
| 03/27/12 | Docutrieval Information Services Inc. | Deliver letter to Judge Griesa (S.D.N.Y.) |
| 03/28/12 | Docutrieval Information Services Inc. | Deliver letter to Judge Griesa (S.D.N.Y.) |
| 04/17/12 | Clerk of the Court | *Pro Hac Vice* fee for S. Goodman, Slevin & Hart |
| 05/31/12 | Docutrieval Information Services Inc. | Deliver letter to Judge Griesa (S.D.N.Y.) |
| 05/01/13 | Docutrieval Information Services Inc. | Deliver letter to Judge Griesa (S.D.N.Y.) |
| 11/06/13 | Securities and Exchange Commission (Pay.gov) | FOIA request |
| 11/07/13 | Securities and Exchange Commission (Pay.gov) | FOIA request |
| 11/12/13 | Securities and Exchange Commission (Pay.gov) | FOIA request |
| 09/28/15 | Clerk of the Court | *Pro Hac Vice* for E. Gusikoff Stewart |