# EXHIBIT D

EXHIBIT D

Transportation, Hotels and Meals:  $9,061.33

| NAME | DATE | CITY | PURPOSE |
|---|---|---|---|
| Juda, Nancy | 01/21/09 – 01/22/09 | San Francisco, CA | Attendance at client meeting for presentation re case |
| Kroub, Edward | 10/21/09 | New York, NY | Attend court hearing |
| Schroder, Stephanie | 08/11/10 – 08/13/10 | San Francisco, CA | Attendance at client meeting for presentation re case |
| Juda, Nancy | 08/12/10 – 08/14/10 | San Francisco, CA | Attendance at client meeting for presentation re case |
| Kroub, Edward | 09/08/10 | New York, NY | Attend court conference |
| Rosenfeld, David | 09/08/10 | New York, NY | Attend court conference |
| Juda, Nancy | 06/29/11 – 07/01/11 | San Francisco, CA | Attendance at client meeting for presentation re case |
| Juda, Nancy | 10/12/11 – 10/14/11 | San Francisco, CA | Attendance at meeting to discuss case status |
| Kroub, Edward | 10/25/11 | New York, NY | Attend status conference |
| Rosenfeld, David | 10/25/11 | New York, NY | Attend status conference |
| Kroub, Edward | 12/14/11 | New York, NY | Attend hearing regarding derivative case |
| Kroub, Edward | 03/29/12 | New York, NY | Attend motion to dismiss oral argument |
| Rosenfeld, David | 03/29/12 | New York, NY | Attend motion to dismiss oral argument |
| Juda, Nancy | 06/12/12 – 06/14/12 | San Francisco, CA | Attendance at client meeting for presentation re case |
| Kroub, Edward | 04/16/13 | New York, NY | Attend court conference |
| Rosenfeld, David | 04/16/13 | New York, NY | Attend court conference |
| Kroub, Edward | 05/13/13 | New York, NY | Attend court conference |
| Rosenfeld, David | 05/13/13 | New York, NY | Attend court conference |
| Kroub, Edward | 05/22/13 | New York, NY | Attend meet and confer conference with defendants |
| Rosenfeld, David | 05/22/13 | New York, NY | Attend meeting with defendants regarding case management order |
| Rosenfeld, David | 10/27/13 | Creedmoor, NC | Attend meeting with B. Madoff in Federal prison |
| Kroub, Edward | 10/27/13 – 10/28/13 | Creedmoor, NC | Attend meeting with B. Madoff in Federal prison |
| Crosthwaite, Gilbert Francis (client) | 09/21/14 – 09/24/14 | New York, NY | Travel to/from deposition |
| Kroub, Edward | 09/21/14 – 09/24/14 | New York, NY | Attend deposition of F. G. Crosthwaite |
| Karalis, Lauren | 09/22/14 – 09/23/14 | New York, NY | Attend deposition of F. G. Crosthwaite |
| Rosenfeld, David | 09/22/14 – 09/23/14 | New York, NY | Attend deposition of F. G. Crosthwaite |

| NAME | DATE | CITY | PURPOSE |
|---|---|---|---|
| Karalis, Lauren | 11/07/14 | New York, NY | Attend deposition of confidential witness |
| Rosenfeld, David | 11/07/14 | New York, NY | Attend deposition of confidential witness |
| Karalis, Lauren | 12/02/14 | New York, NY | Attend deposition of H. Fischer |
| Kroub, Edward | 12/02/14 | New York, NY | Attend deposition of H. Fischer |
| Rosenfeld, David | 12/02/14 | New York, NY | Attend deposition of H. Fischer |
| Karalis, Lauren | 01/28/15 | New York, NY | Attend deposition of R. Murphy |
| Rosenfeld, David | 01/28/15 | New York, NY | Attend deposition of R. Murphy |
| Karalis, Lauren | 02/05/15 | New York, NY | Attend deposition of T. Hickey |
| Rosenfeld, David | 02/05/15 | New York, NY | Attend deposition of T. Hickey |
| Juda, Nancy | 03/15/15 – 03/18/15 | San Francisco, CA | Attendance at client meeting to discuss case status |
| Karalis, Lauren | 07/29/15 | New York, NY | Attend mediation |
| Rosenfeld, David | 07/29/15 | New York, NY | Attend mediation |