# EXHIBIT E

EXHIBIT E

Court Hearing and Deposition Reporting, and Transcripts: $11,153.20

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 11/04/09 | Southern District Reporter | Copy of deposition transcript |
| 04/05/12 | Southern District Reporter | Copy of April 4, 2012 oral argument hearing transcript |
| 04/30/13 | Southern District Reporter | Copy of April 16, 2013 hearing transcript |
| 09/23/14 | Barkley Court Reporters, L.A. | Copy of F. G. Crosthwaite deposition transcript |
| 11/07/14 | Barkley Court Reporters, L.A. | Copy of confidential witness deposition transcript |
| 12/02/14 | Veritext | Copy of H. Fischer deposition transcript |
| 01/28/15 | Veritext | Copy of R. Murphy deposition transcript |
| 02/05/15 | Veritext | Copy of T. Hickey deposition transcript |