# EXHIBIT F

EXHIBIT F

Document Collection and Photocopies: $30,845.31
    In-House (Black and White): $1,324.95 (8,833 copies @ $0.15 per page)
    In-House (Color): $49.50 (99 copies @ $0.50 per page)
    Document Collection and Outside Photocopies: $29,470.86 (detailed below)

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 01/14/14 | Celerity Consulting Group, Inc. | Charges by third party for collection, processing and production of documents |
| 02/13/14 | Celerity Consulting Group, Inc. | Charges by third party for collection, processing and production of documents |
| 03/12/14 | Celerity Consulting Group, Inc. | Charges by third party for collection, processing and production of documents |
| 08/07/14 | Associated Third Party Administrators | Charges by third party for collection, processing and production of documents |