# EXHIBIT B

EXHIBIT B
EXPENSES/CHARGES

SLEVIN & HART, P.C.
Inception through July 12, 2016

| CATEGORY | TOTAL |
|---|---|
| Filing, Witness and Other Fees | $ 7.00 |
| Transportation, Hotels & Meals | $ 735.15 |
| Telephone, Facsimile | $ 48.03 |
| Postage | $ 3.30 |
| Photocopies (513 copies at $0.15 per page): | $ 76.95 |
| Online Legal and Financial Research | $3,915.25 |
| **TOTAL** | **$4,785.68** |